[No. 31937-0-I.     Division One.     January 17, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v.
MUHAMMED A. BROOKENS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-05674-3, Sharon S. Armstrong, J., entered December 14, 1992. *Granted* and *dismissed* by unpublished per curiam opinion.

[No. 31954-0-I.     Division One.     January 17, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JEROME
WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-06062-7, Peter Jarvis, J., entered December 18, 1992. *Granted* and *dismissed* by unpublished per curiam opinion.

[No. 32376-8-I.     Division One.     January 17, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHHNIE
MICHAEL HODGES, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 92-1-00606-8, David A. Nichols, J., entered March 3, 1993. *Affirmed* by unpublished opinion per Scholfield, J. Pro Tem., concurred in by Grosse and Webster, JJ.

[No. 33397-6-I.     Division One.     January 17, 1995.]

FRANCISZEK P. STARCZEWSKI, *Respondent*, v. TYRRELL
F. MULLINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-18517-1, Sally Phillips Pasette, J., entered August 19, 1993. *Affirmed* by unpublished per curiam opinion.